UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MATTHEW MEDINA, Petitioner, v. RON BARNES, Warden, Respondent. | Case No. EDCV 12-1192 SVW (JPR) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition and traverse, the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Although petitioner submitted no objections to the Report and Recommendation, the Court has conducted its own review of the state courts' denial of petitioner's claims, applying the deferential standard mandated by 28 U.S.C. § 2254(d). In doing so, the Court also considered the Ninth Circuit's recent opinion in *Phillips v. Herndon*, 730 F.3d 773 (9th Cir. Sept. 17, 2013), which was issued after the Report and Recommendation was filed. *Phillips* analyzed a claim that is similar to petitioner's first claim for relief based on the exclusion of hearsay evidence of co-defendant Berry-Vierwinden's alleged jailhouse confession. (*Compare* Pet. at 5 & Attachment A & Traverse at 4-8 *with*

1  Phillips, 730 F.3d at 774-75.)  In *Phillips*, the Ninth Circuit concluded that the
2  California Court of Appeal's holding that the trial court properly excluded
3  evidence of a third party's out of court confession as lacking sufficient indicia of
4  trustworthiness neither constituted an unreasonable application of clearly
5  established Supreme Court law nor was based on an unreasonable determination of
6  the facts.  *Phillips*, 730 F.3d at 777-78.  Based on the Magistrate Judge's analysis
7  of this claim and the *Phillips* decision, the Court DENIES petitioner's first claim
8  for relief.  (*See* Report and Recommendation at 11-22.)
9    The Court also accepts and adopts the Report and Recommendation in full
10 and on that basis DENIES petitioner's second, third, and fourth claims for relief.
11   For the foregoing reasons, the petition for writ of habeas corpus is hereby
12 DENIED.
13   IT IS SO ORDERED.
14
15 Dated: July 17, 2014
16
17                                    STEPHEN V. WILSON
                                       United States District Judge

2