UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MATTHEW MEDINA,<br><br>Petitioner,<br><br>v.<br><br>RON BARNES, Warden,<br><br>Respondent. | Case No. EDCV 12-1192 SVW (JPR)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is DENIED, and this action is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 17, 2014E

                                      STEPHEN V. WILSON
                                      United States District Judge